Marc S. Stern
1825 NW 65th Street
Seattle, WA 98117
(206) 448-7996
marc@hutzbah.com

Honorable Christopher M. Alston
Chapter 13
Location: Seattle
Hearing Date: August 15, 2019
Hearing Time: 9:30 a.m.
Response Date: August 8, 2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

HAMMERSCHMIDT, Pavel & Heidi E.,

Debtors.

NO. 19-11855-CMA

HAMMERSCHMIDT, Pavel & Heidi E.,

Plaintiffs,

v.

ASPEN PROPERTIES GROUP LLC,
CTF ASSET MANAGEMENT LLC,
and FCI LENDER SERVICES INC,

Defendants.

ADV. NO. 19-01077-CMA

MOTION AND DECLARATION FOR ORDER AUTHORIZING WITHDRAWAL OF MARC S. STERN AS ATTORNEY FOR ASPEN PROPERTIES GROUP LLC

Marc S. Stern moves the court for an order authorizing his withdrawal as attorney for Aspen Properties Group LLC herein. This motion is based upon the records and files herein and upon the Declaration of Marc S. Stern, subjoined.

DATED this July 19, 2019.

/s/ Marc S. Stern
Marc S. Stern, WSBA #8194
Attorney for Defendants

MOTION AND DECLARATION FOR ORDER
AUTHORIZING WITHDRAWAL OF MARC S. STERN
AS ATTORNEY FOR ASPEN PROPERTIES GROUP LLC  - 1
motion to withdraw.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

# DECLARATION

Marc S. Stern declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

1. I am the attorney for the remaining defendants and have actual knowledge of the matters hereinafter set forth.

2. At the time I filed my notice of appearance, I mistakenly believed that I was representing all the named defendants. This was a new client and it was unclear to me who was whom. I have always believed it is safer to appear and then withdraw, if wrong, than to not appear and have a client defaulted. Misappearance is simple to fix–a default is not.

3. I have since confirmed that Aspen Properties Group LLC is not part of CTF Asset Management LLC or FCI Lender Services Inc.

4. Aspen Properties Group LLC is represented by other counsel.

5. Plaintiff's Motion to Dismiss Aspen Properties Group LLC as a defendant (Dkt. No. 5) is pending.

Executed under penalty of perjury at Seattle, Washington on July 19, 2019.

*/s/ Marc S. Stern*
Marc S. Stern

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on July 19, 2019 the foregoing document was electronically filed with the

MOTION AND DECLARATION FOR ORDER
AUTHORIZING WITHDRAWAL OF MARC S. STERN
AS ATTORNEY FOR ASPEN PROPERTIES GROUP LLC - 2
motion to withdraw.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

Case 19-01077-CMA    Doc 9    Filed 07/19/19    Ent. 07/19/19 14:31:30    Pg. 2 of 3

above-entitled Court and all parties received a copy of the document via the Court's CM/ECF system.

Dated at Seattle, Washington this July 19, 2019.

                                                   */s/ Tanya Bainter*
                                                 Tanya Bainter

MOTION AND DECLARATION FOR ORDER
AUTHORIZING WITHDRAWAL OF MARC S. STERN
AS ATTORNEY FOR ASPEN PROPERTIES GROUP LLC - 3
motion to withdraw.wpd

**MARC S. STERN**
**ATTORNEY AT LAW**
**1825 NW 65TH STREET**
**SEATTLE, WA 98117**
**(206)448-7996**

Case 19-01077-CMA    Doc 9    Filed 07/19/19    Ent. 07/19/19 14:31:30    Pg. 3 of 3